FILED
2017 Nov-30  PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Danny Foster
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

See Attached
_____

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:17-cv-02001-CLS-JHE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

ATTACHMENT TO PAGE 1

DEFENDANTS

LT. JENKINS
OFFICER YOUNG
OFFICER EDDIE WATTS
OFFICER GASTON
OFFICER HAYWOOD
OFFICER PARKS
LT. SHEPARD
ANGELA MIREE
MRS. BONNER
SERGEANT AaRON
OFFICER SNELSON

## I.     The Parties to this Complaint

## A.     The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name                              _DAnny Foster_

All other names by which
you have been known:

ID Number                         _167673_

Current Institution               _W.E. Donaldson Correctional Facility_

Address                           _100 Warrior Lane_

                                  _Bessemer_          _Alabama_       _35023_
                                      City                 State        Zip Code

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed
below are identical to those contained in the above caption. For an individual defendant, include the
person's job or title *(if known)* and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                              _D. Jenkins_

Job or Title *(if known)*         _Correctional Lieutenant_

Shield Number

Employer                          _W.E. Donaldson Correctional Facility_

Address                           _100 Warrior Lane_

                                  _Bessemer_          _Alabama_       _35023_
                                      City                 State        Zip Code

                                  ☑ Individual Capacity    ☑ Official Capacity

Defendant No. 2

Name                              _Officer Young_

Job or Title *(if known)*         _Correctional Officer_

Shield Number

Employer                          _W.E. Donaldson Correctional Facility_

Address                           _100 Warrior Lane_

                                  _Bessemer_          _Alabama_       _35023_
                                      City                 State        Zip Code

                                  ☑ Individual Capacity    ☑ Official Capacity

ATTACHMENT TO PAGE 2 (CON)

DEFENDANT NO. 10

NAME                              SERGEANT AaRON
JOB OR TITLE (IF KNOWN)           CORRECTIONAL SERGEANT
SHIELD NO.
EMPLOYER                          W.E. DONALDSON CORRECTIONAL FACILITY
ADDRESS                           100 WARRIORLANE
                                  BESSEMER, ALABAMA    35023

DEFENDANT NO. 11

NAME                              OFFICER SNELSON
JOB OR TITLE (IF KNOWN)           CORRECTIONAL OFFICER
SHIELD NO.
EMPLOYER                          W.E DONALDSON CORRECTIONAL FACILITY
ADDRESS                           100 WARRIOR LANE
                                  BESSEMER, ALABAMA    35023

EACH DEFENDANT IS SUED IN THEIR PERSONAL CAPACITY & official Capacity

Defendant No. 3

Name _EDDie WApTS_

Job or Title *(if known)* _Correctional Officer_

Shield Number

Employer _W.E. Donaldson Correctional Facility_

Address _100 Warrior Lane_

_Bessemer_          _Alasim_          _35023_
City                    State              Zip Code

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 4

Name _Officer Crawler_

Job or Title *(if known)* _Correctional Officer_

Shield Number

Employer _W.E. Donaldson Correctional Facility_

Address _100 Warrior Lane_

_Bessemer_          _Alasim_          _35023_
City                    State              Zip Code

☑ Individual Capacity   ☑ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_(Civil Rights Act)_

3

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____ N/A _____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Plaintiffs Civil Complaint Attached

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐  Pretrial Detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other
    *(explain)*  _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ N/A _____

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Plaintiffs Civil Complaint Attached

4

C.   What date and approximate time did the events giving rise to your claim(s) occur?

*See Plaintiffs Civil Complaint Attached*

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Plaintiffs Civil Complaint Attached*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

*See Plaintiffs Civil Complaint Attached*

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*See Plaintiffs Civil Complaint Attached*

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

W.E. Donaldson Correctional Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐  Yes

☑  No

☐  Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☑  No

☐  Do not know

If yes, which claim(s)?

_____ N/A _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐  Yes

☑  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☑  No

E.  If you did file a grievance:

1.  Where did you file the grievance?

    _____ N/A _____

2.  What did you claim in your grievance?

    _____ N/A _____

3.  What was the result, if any?

    _____ N/A _____

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    _____

    _____

    _____

    There is No grievance Procedure With The ADOC

    _____

    _____

    _____

7

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

*There is no grievance procedure within the ADOC*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I informed Warden Mims, Warden II of sexual assault on me, Warden Mims, did nothing, and said she would not investigate the matter.*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*N/A*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

☑   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

*N/A*

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☑  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____ *N/A* _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____ *N/A* _____

4.  Name of Judge assigned to your case

_____ *N/A* _____

5.  Approximate date of filing lawsuit

_____ *N/A* _____

6.  Is the case still pending?

☐  Yes    *N/A*

☐  No

If no, give the approximate date of disposition. _____ *N/A* _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?* *N/A*

_____

9

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff     _Danny Foster_

Prison Identification #        _167073_

Prison Address                 _100 Warrior Lane_

_Bessemer_          _Alabama_          _35023_
         City                State            Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        _11-29-17_
                      (Date)

X _Danny Foster_
Signature of Plaintiff

10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DANNY FOSTER | ( |
| PLAINTIFF | ( |
| | ( |
| VS | ( CASE NO: _____ |
| | ( |
| LT JENKINS | ( |
| OFFICER YOUNG | |
| OFFICER EDDIE WATTS | ( |
| OFFICER GASTON | |
| OFFICER HAYWOOD | ( |
| OFFICER PARKS | |
| LT SHEPARD | ( |
| ANGELA MIREE | |
| WARDEN 2 | ( |
| MRS BONNER | |
| CLASSIFICATION SUPERVISOR | ( |
| SERGEANT AaRON | |
| OFFICER SNELSON | ( |

PLAINTIFF'S CIVIL COMPLAINT

COMES NOW THE ABOVE STYLED PLAINTIFF DANNY FOSTER AND FILES THIS HIS 42 USC § 1983 CIVIL COMPLAINT AND IN SUPPORT OF SAME THIS PLAINTIFF WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING

1. STATEMENT OF THE FACTS

ON DECEMBER 6, 2015 AT APPRXIMATELY (9:3OAM) LT JENKINS SENT FOR DANNY FOSTER WHO AT THAT TIME WAS HOUSED IN (A-38) THE INSTITUTIONAL (CRIME BILL PROGRAM). DANNY FOSTER WAS THEN ESCORTED BY OFFICER YOUNG TO THE WEST CLASSIFICATION UNIT AREA UPON ARRIVAL TO THE WEST CLASSIFICATION AREA DANNY FOSTER THEN ENTERED THE WEST CLASSIFICATION Area WHERE HE WAS CONFRONTED BY LT JENKINS.

OFFICER YOUNG, AND OFFICER EDDIE WATTS AND LT JENKINS WERE PRESENT, LT JENKINS TOLD DANNY FOSTER TO COME AND HAVE A SEAT Were GOING TO BEAT YOUR ASS

1

LT JENKINS LOOKED AT OFFICER EDDIE WATTS AND TOLD OFFICER EDDIE
WATTS TO GO GET OFFICER GASTON WHEN OFFICER GASTON ARRIVED AT THE
WEST CLASSIFICATION AREA, LT JENKINS TOLD OFFICER GASTON WERE
GOING TO BEAT HIS ASS OFFICER GASTON TOLD LT JENKINS OK, OFFICER
GASTON WENT AND STOOD IN THE WEST CLASSIFICATION AREA DOORWAY
WITH LT JENKINS, ONE OF THE INMATES WHO HAD ROBBED DANNY FOSTER
PREVIOUSLY WAS ALREADY IN THE WEST CLASSIFICATION AREA. SITTING
WITH LT JENKINS, WHEN DANNY FOSTER ARRIVED AT THE WEST CLASSIFICA
TION AREA., OFFICER HAYWOOD WAS ALSO ALREADY IN THE WEST CLASSIFI
CATION AREA, LT JENKINS TOLD OFFICER HAYWOOD TO GET OUT OF THE
WEST CLASSIFICATION AREA WERE GOING TO BEAT HIS ASS THAT HE
DIDN'T NEED NO WITNESSES, OFFICER HAYWOOD TOLD LT JENKINS OKAY,
OKAY I'M GOING

LT JENKINS YELLED AT OFFICER HAYWOOD AND TOLD HER TO HURRY UP
AND GET OUT OF HERE.

OFFICER EDDIE WATTS TOLDDANNY FOSTER TOCOME HERE AND LET ME
TALK TOYOU, DANNY FOSTER GOT UP TO TALK WITH OFFICER EDDIE WATTS
AS DANNY FOSTER GOT READY TO GO WHERE OFFICER EDDIE WATTS WAS SO
THAT OFFICER EDDIE WATTS COULD TALK TO DANNY FOSTER,LT JENKINS
GOT UP WITH THE MAZE IN HIS HAND, LT JENKINS TOLD DANNY FOSTER
TO SIT HIS BLACK ASS DOWN, OFFICETR EDDIE WATTS TOLD LT JENKINS
THAT HE KNEW DANNY FOSTER, THAT HE COULD TALK TO HIM DANNY FOSTER
SAT BACK DOWN, DANNY FOSTER HAD A SKULL CAP IN HIS HAND LT JENKIN
SNATCHED DANNY FOSTER'S SKULL CAP OUT OF HIS HANDS LT JENKINS
POURED HIS COFFEE CUP  OF TEA ON THE TABLE IN WEST CLASSIFICATION
ARE, WHILE OFFICER YOUNG WAS DOUBLE LOCKING HIS HANDCUFFS THAT HE
HAD IN HIS HAND,LT JENKINS KEPT DIPPING DANNY FOSTER'S SKULL CAP
IN THE TEA THAT HE HAD POURED ON THE TABLE IN THE WEST CLASSIFICATion
AREA. AND KEPT SAYING THAT DANNY FOSTER

PLAYED HIM LIKE A LITTLE BITCH, LT JENKINS SAID NOW HE WAS GOING
TO PLAY DANNY FOSTER LIKE A LITTLE BITCH, DANNY FOSTER ASKED LT
JENKINS WHY WAS HE DOING THIS, LT JENKINS TOLD DANNY FOSTER THAT
A INMATE TOLD HIM THAT DANNY FOSTER OWED HIM ON A TICKET THAT HE
HAD HIT AND THAT DANNY FOSTER DIDN'T PAY THE INMATE AND THAT THE
INMATE  WENT IN DANNY FOSTER'S LOCKER BOX AND TOOK THE MONEY THAT
DANNY FOSTER OWED THE INMATE DANNY FOSTER LOOKED AT THE INMATE
WHO WAS ALREADY IN THE WEST CLASSIFICATION AREA, AND STATED TO
THE INMATE IF YOUR GOING TO TELL SOMETHING TELL THE TRUTH, YOU
KNOW THAT I DON'T GAMBLE, I DON'T DRINK, I DON'T MESS WITH BOYS
OR GET INTO ANY OF THIS PRISON JUNCK, DANNY FOSTER TOLD THE
INMATE THAT HE AND TWO OTHER INMATES ROBBED HIM.

 DANNY FOSTER TOLD THE INMATE THAT HE AND THE OTHER TWO INMATES
TOOKHIS Cɛ/(PHONE AND CHARGER AT KNIFE POINT,DANNY FOSTER TOLD THE
INMATE THAT HE WAS THE VICTIM THAT DANNY FOSTER IS THE ONE THAT
SHOULD BE UP HERE TELLING WHAT HAPPENED, BUT HE'S NOT, DANNY
FOSTER TOLD THE INMATE THAT HE WAS UP HERE LIKE A SCARED LITTLE
BITCH, TELLING LIES, THE INMATE TOLD LT JENKINS THAT HE WAS MENTAL
HEALTH AND THAT HE'S NOT SCARED OF ANYBODY, DANNY FOSTER TOLD THE
INMATE THAT HE MUST BE, YOUMOTHERFUCKER THE INMATE SAID TO DANNY
FOSTER WHO YOU CALLING A MOTHERFUCKER DANNY FOSTER TOLD THE
INMATE YOU, YOU SON OF A BITCH,AT THAT TIME DANNY FOSTER JUMPED
 UP ACROSS THE TABLE WHERE THE INMATE WAS SITTING

 OFFICER EDDIE WATTS PINNED DANNY FOSTER TOTHE    TABLE IN WEST
CLASSIFICATION AREA OFFICER EDDIE WATTS TOLD DANNY FOSTER DON'T
MOVE DANNY FOSTER STAY DOWN.  DANNY FOSTER LOOKED TOHIS RIGHT AT
THAT POINT OFFICER YOUNG HIT    DANNY FOSTER RIGHT ABOVE HIS
RIGɦᴛ EYE WITH A SET OF HANDCUFFS HE HAD IN HIS HAND DANNY FOSTER
CLOSED HIS RIGHT EYE BECAUSE OF THE FORCE OF THE BLOW AT THAT
POINT DANNY FOSTER LOOKED TO HIS LEFT AT THAT POINT DANNY FOSTER
OPENED HIS EYES DANNY FOSTER OBSURBED OFFICER GASTON APPROACH HIM
WITH HIS BATON IN HIS HAND                                    3

OFFICER GASTON HIT DANNY FOSTER ACROSS HIS NOISE WITH HIS B ATON
DANNY FOSTER CLOSED HIS EYES AGAIN   IN AN ATTEMPT TO GAIN HIS
SENCES, AT THAT POINT DANNY FOSTER OPENED HIS EYES AGAIN AND
OFFICER YOUNG HIT DANNY FOSTER IN HIS MOUTH WITH HIS HANDCUFFS
AT THAT POINT DANNY FOSTER LOOKED STRAIGHT AHEAD AND WENT TO
DUCKING TRYING TO GET AWAY FROM THE BLOWS BEING DELIEVERED TOHIM
BY OFFICER YOUNG AND OFFICER GASTON,         LT JENKINS
ACCIDENTLY PEPER SPRAYED OFFICER EDDIE WATTS, BECAUSE           .
LT JENKINS WAS PEPPER SPRAYING DANNY FOSTER, WHILE OFFICER EDDIE
WATTS HAD DANNY  FOSTER DOWN ON THE TABLE SPREAD OUT TRYING TO
CONTAIN DANNY FasTeR  AT THAT POINT OFFICER GASTON STABBED DANNY
FOSTER IN HIS LEFT SIDE WITH HIS BATON AT    THAT POINT DANNY
FOSTER FELL TO THE FLOOR IN THE WESTCLASSIFICATION AREA, AT THAT
TIME OFFICER PARKS  HAD COME INSIDE OF THE     WEST CLASSIFICATION
AREA.

 WHEN OFFICER PARKS ARRIVED IN WEST CLASSIFICATION ARE, OFFICER
PARKS  PUT THE HANDCUFFS ON DANNY FOSTER FROM BEHIND AT THAT
POINT       LT JENKINS YELLED OUT, Oh yea HE GOT A KNIFE IN HIS
WAIST BAND, SOMEBODY GET THE KNIFE,AT THAT POINT OFFICER YOUNG
AND OFFICER GASTON PICKED DANNY FOSTER UP OFF THE FLOOR, AT THAT
POINT .       LT JENKINS PULLED DANNY FOSTER'S SHIRT UP OVER HIS
HEAD, AND STARTED WALKING DANNY FOSTER TO THE INFIRMERY, AT THAT
POINT  LT JENKINS SLAMMED DANNY FOSTER'S FACE UP  AGAINST THE
WALL ON THE WAy TO THE IN FIRMERY, ONCE DANNY FOSTERT ARRIVED IN
THE INFIRMERY, MEDICAL PERSONEL DID A BODY CHART ON DANNY FOSTER
ONE OF THE NURSES TOLD LT JENKINS THAT DANNY FOSTER HAD TO BE
TRANSPORTED TO BROOKWOOD MEDICAL CENTER BECAUSE HIS WOUNDS WERE
SERIOUS, AT THAT POINT OFFICER PARKS AND ANOTHER OFFICER TRANS-
PORTED DANNY FOSTER TO BROOKWOOD MEDICAL CENTER, WHEN DANNY
FOSTER ARRIVED AT    BROOKWOOD MEDICAL   CENTER A EMERGENCY ROOM

DOCTOR EXAMINED DANNY FOSTER AND ORDERED X RAYS BE MADE OF DANNY
FOSTER'S INJURY"S WHEN THE X RAYS WERE COMPLETED THE EMERGENCY
ROOM DOCTOR TOLD DANNY FOSTER THAT HE HAD A BROKEN NOISE,A
CRACKED LEFT RIBB, AND THAT HE HAD TO STICH UP ABOVE HIS RIGHT
EYE, AND ALSO HAD TO STITCH UP DANNY FOSTER'S LIP. THE EMERGENCY
ROOM DOCTOR TOLD DANNY FOSTER THAT THERE WAS NOTHING HE COULD
DO ABOUT HISBROKEN NOISE, OR CRACKED LEFT RIBB ON HIS LEFT SIDE
THEY WOULD HAVE     𝒯𝑜  HEEL BY THEMSELVES, DANNYFOSTER WAITED
AFTER A WHILE, THE EMERGENCY ROOM DOCTOR CAME TO STICH HIM UP
DANNYFOSTER HAD HIS EYE RIGHT ABOVE HIS EYE STICHED UP DANNY
FOSTER LIP WAS ALSO STICHED  UP

  AFTER THAT OFFICER PARKS AND THE OTHER OFFICER  ETURNEDV DANNY
FOSTER BACK TO WILLIAM E. DONALDSON CORRECTIONAL FACILITY AND
TOOK DANNY FOSTER TO THE INFIRMERY AND THE INFIRMERY DID ANOTHER
BODY CHART       LT JENKINS WROTE DANNY FOSTER A DISCIPLINARY
REPORT       LT JENKINS BROUHGT DANNY FOSTER THE DISCIPLINARY
REPORT AND ASKED DANNY FOSTER DID HE WANT TO SIGN IT, DANNY FOSTER
SAID YES AND SIGNED IT, AND SAID HE WANTS TOPUT DOWN SOME
WITNESSES AND THAT HE WANTED TOWRITE A STATEMENT, AFTET DANNY
FOSTER ACCOMPLISHED THIS OFFICER PARKS       TOOK DANNY FOSTER
TOSEGREGATION LOCK-UP AND PUT DANNY FOSTER IN V-  DANNY FOSTER
WAS IN V-9 FOR ONE MONTH WAINTING TO GO TO DISCIPLINARY COURT
THEN AFTER TWO(2) MONTHS THEY CAME AND TOOK DANNY FOSTER TO
DISCIPLINARY COURT THEY TOOK DANNY FOSTER TO DISCIPLINARY COURT
IN THE V & W BLOCK CORRIDER THE HEARING OFFICER TOLD DANNY
FOSTER HOW HE PLEAD DANNY FOSTER TOLD THE HEARING OFFICER NOT
GUILTY THE HEARING OFFICER ASKED DANNY FOSTER WHY WAS HE PLEADING
NOT GUILTY, DANNY FOSTER TOLD THE HEARING OFFICER THAT HE
DIDN'T TRY TO STAB THE INMATE THAT'S WHY HE"S PLEADING NOT
GUILTY AND BESIDES THAT, DANNY FOSTER TOLD THE HEARING OFFICER
THAT HE HAD TO BE SERVED THIS DISCIPLINARY REPORT WITHIN TEN (10)

5

DAYS, SO I'M NOT GUILTY BECAUSE OF THE DUE PROCESS.  THE
HEARING OFFICER SAID THAT HE WAS NOT GOING TO REINSTATE THE
DISCIPLINARY REPORT, AND THE HEARING OFFICER FOUND DANNY FOSTER
NOT GUILTY, BECAUSE OF A DUE PROCESS VIOLATION, THE HEARING
OFFICER TOLD DANNY FOSTER THAT HE WOULD BE SERVED THE FINAL
COPY OF THE DISCIPLINARY REPORT ONCE THE WARDEN SIGNS OFF ON IT

   DANNY FOSTER WAS TAKEN BACK TO V-9 THAT WENDSDAY DANNY FOSTER
WENT TO SEE THE SEG BOARD, AND TRIED TO EXPLAIN TO WARDEN MIREE
WHAT HAD HAPPENED AND WARDEN MIREE CUT DANNY FOSTER OFF, AND
SAID THAT DANNY FOSTER WAS THE AGGRESSER, DANNY FOSTER TOLD
WARDEN MIREE THAT HE WASN'T THE AGGRESSER,WARDEN MIREE TOLD
DANNY FOSTER TO GOOUT THERE AND GIVE HER THREE (3) MORE MONTHS
AND I'm not GOINMG TO MAKE YOU ANY PROMISES, DANNY FOSTER TOLD
WARDEN MIREE OK, YOU HAVE A GOOD DAY,WHEN THEY GAVE DANNY FOSTER
HIS ONE (1) CALL PER MONTH DANNY FOSTER CALLED HIS WIFE AND TOLD
HIS WIFE TO CALL I & I AND TELL THEM THAT DANNY FOSTER
HAD BEEN JUMPED ON BY SEVERAL OFFICERS, DANNY FOSTER"S WIFE
CALLED I & I AND SPOKE TOA LT.  SHEPARD,LT SHEPARD TOLD DANNY
FOSTER'S WIFE THAT SHE WOULD BE COMIMG TO W.E. DONALDSON
CORRECTIONAL FACILITY TOSPEACK WITH DANNY FOSTER, LT SHEPARD
CAME TO SEE DANNY FOSTER IN 2O16  LT SHEPARD CAME TO SEE DANNY
FOSTER, WHEN SHE ARRIVED, SHE INTRODUCED HERSELF TO DANNY FOSTER
LT SHEPARD TOLD DANNY FOSTER THAT SHE HAD RECEIVED A PHONE
CALL FROM DANNY FOSTER"S WIFE, AND DANNY FOSTER'S   WIFE TOLD HER
THAT DANNY FOSTER HAD TOLD HIS WIFE TOTELL I & I THAT OFFICERS
HAD JUMPED ON HIM.

   LT SHEPARD TOLD DANNY FOSTER THAT SHE WAS GOING TO INTERVIEW
DANNY FOSTER, AND TAKE A VIDEO RECORDED STATEMENT, THEN LT.
SHEPARD GOT HER CELLPHONE AND SAT ITUP ON THE TABLE, AND THEN
LT.SHEPARD STARTED RECORDING THE INTERVIEW, LT SHEPARD THEN TOLD
DANNY FOSTER TOTELLHER WHAT HAPPENED, DANNY FOSTER STARTED

TELLING LT SHEPARD WHAT HAPPENED, AFTER DANNY FOSTER EXPLAINED TO
LT SHEPARD WHAT HAD HAPPENED, DANNY FOSTER TOLD LT SHEPARD THAT
HE FEARED FOR HIS  LIFE,LT. SHEPARD TOLD DANNY FOSTER THAT SHE
WAS GOING TO GO  DOWNTOWN TO MONTGOMERY, AND SHOW THE VIDEO
INTERVIEW TO HER BOSS,AND THAT LT SHEPARD WOULD BE TRANSFERRING
DANNY FOSTER TO HOLMAN PRISON, AFTER THE VIDEO INTERVIEW HAD
BEEN COMPLETED DANNY FOSTER WAS TAKEN BACK TO SEGREGATION TO V-9
DANNY FOSTER THEN CALLED HIS WIFE AND TOLD HER THAT I & I HAD
COME AND CONDUCTED A VIDEO INTERVIEW OF DANNY FOSTER, AND DANNY
FOSTER TOLD HIS WIFE TO CALL I & I AGAIN,AND ASK THEM TO DO A
FOLLOW UPO ON THE INCIDENT, DANNYFOSTER'S WIFE SAID   OK.  AND
DANNY FOSTER'S WIFE TOLD DANNY FOSTER TO C ALL HER BACK IN A FEW
MINUTES, DANNY FOSTER CALLED HIS WIFE BACK DANNY FOSTER'S WIFE
TOLD DANNY FOSTER THAT SHE HAD SPOKE WITH LT SHEPARD AND THAT
LT SHEPARD TOLD HER THAT SHE WOULD BE MOVING DANNY FOSTER TO
HOLMAN PRISON WITHIN A FEW DAYS DANNY FOSTER HUNG UP THE PHONE
AND WENT BACK TO HIS CELL V-9

DANNY FOSTER WAITED FOR ONE (1)WEEK, AFTER THAT DANNYFOSTER
CALLED HIS WIFE, AND TOLD HER TO CALL LT SHEPARD AT I & I AGAIN,
THAT DANNY FOSTER WAS STILL AT WILLIAM E. DONALDSON CORRECTIONAL
FACILITY, AND TOFIND OUT WHY DANNY FOSTER WAS STILL AT WILLIAM E.
DONALDSON CORRECTIONAL FACILITY, DANNY FOSTER'S WIFE SAID OK, TO
CALL HER BACK IN A FEW MINUTES, DANNY FOSTER CALLED HIS WIFE BACK
AND DANNY FOSTER'S WIFE SAID THAT LT SHEPARD WASN'T IN HER OFFICE
DANNY FOSTER TOLD HIS WIFE TO CALL LT SHEPARD"S OFFICE ALL DAY
UNTIL SHE WAS ABLE TO GET HER, DANNY FOSTER'S WIFE SAID OK.

DANNY FOSTER TOLDHIS WIFE THAT HE WOULD PERIODICALLY KEEP
CALLING LT SHEPARD BACK, DANNY FOSTER'S WIFE SAIDOK, DANNY FOSTER
HUNG UP THE PHONE.

DANNY FOSTER WENT BACK TO HIS CELL V-9, AFTER A FEW HOURS DANNY
FOSTER CALLED HIS WIFEBACK TO SEE IF HIS WIFE HAD BEEN ABLE TO

7

GET IN TOUCH WITH LT SHEPARD, DANNY FOSTER'S WIFE TOLD DANNY
FOSTER, NO, THAT SHE HAD NOT BEEN ABLE TO GET IN TOUCH WITH
LT. SHEPARD, DANNY FOSTER TOLD HIS WIFE TOKEEP CALLING LT
SHEPARD AND THAT HE WOULD CALL HER BACK,THIS WENT ON FOR SEVERAL
MONTH S UNTIL DANNHY FOSTER AND HIS WIFE JUST STOPPED CALLING
LT SHEPARD.  DANNY FOSTER WENT BACK TOTHE SEG BOARD, AND SPOKE
WITH WARDEN MIREE, WARDEN MIREE ASKED DANNY FOSTER WHY HE WAS
OUT THERE TOSEE THE SEG BOARD, DANNY FOSTER TOLD WARDEN MIREE THA
THAT HE CAME OUT TOCHEK CHECK ON HIS STATUS,AND THAT HE HAD DONE
NOTHING TO BE IN SEG, AND WHEN WOULD HE B E GETTING OUT OF LOCK-
UP, THAT HE HADN'T DONE ANYTHING TO BE BACK THERE IN SEG. ANYWAY.

DANNY FOSTER TOLD WARDEN MIREE THAT THE OFFICERS HAD JUMPED
ON HIM AND SENT HIM OUT THE BACK GATE, AND SENT HIM TO THE FREE
WO:RLD HOSPITAL,WARDEN MIREE TOLD DANNY FOSTER THAT HE HAD A
DISCIPLINARY FOR TRYING TO STAB ANOTHER INMATE IN WEST CLASSI-
FICATION, DANNY FOSTER TOLDWARDEN MIREE THAT YES, HE DID GET A
DISCIPLINARY REPORT, BUT HE NEVER TRIED TO STAB ANYONE, WARDEN
MIREE TOLD DANNY FOSTER YOUHAD A KNIFE,DANNY FOSTER TOLD WARDEN
MIREE YES MAM I DID HAVE A KNIFE,AFTER OFFICERS JUMPED ON ME, I
WAS ON THE FLOOR, LT JENKINS SAW THE KNIFE IN MY WAIST AND
INSTRUCTED THE OFFICERS TO GET THE KNIFE OUT OF MY WAIST AND
THE KNIFE WAS NEVER IN MY HANDS, WARDEN MIREE SAID, THATS NOT
WHAT THE INCIDENT REPORT AND THE DISCIPLLINARY REPORT SAID,
WAREN MIREE TOLD DANNY FOSTER TOGO ON BACK OUT THERE COME BACK
IN A FEW MONTHS,AT THAT TIME DANNY FOSTER HAD BEEN BACK IN SEG
FOR ABOUT SIX (6)MONTHSDANNY FOSTER TOLDWARDEN MIREE OK, I WANT T
TOMAKE YOU AWARE AND THE SEG BOARD T̶h̶a̶t̶ I FEAR FOR MY LIFE, GET
ME AWAY FORM THIS PRISON, THEN THE CLASSIFICATION SUPERVISOR
MRS.BONNER STATED TODANNY FOSTER WHAT ARE YOU DOING AT THIS
PRISON IN THE FIRST PLACE, DANNY FOSTER TOLD MRS BONNER I DON'T
KNOW, THEY SENT ME HERE FROM KILBY CORRECTIONAL FACILITY.

MRS.BONNER THEN SAID,YOUSHOULDN'T EVEN BE HERE AT WILLIAM E. DONALDSON CORRECTIONAL FACILITY,

DANNY FOSTER TOLDMRS.BONNER,WELL I'M HERE.

DANNY FOSTER STOOD THERE FOR A FEW MINUTES,AND NOONE SAID ANYTING ELSE, DANNY FOSTER THEN SAID MAY I GONOW, WARDEN MIREE SIAD YES, YOUMAY GONOW. DANNY FOSTER WENT BACK TO HIS CELL V-9 AFTER DANNY FOSTER WAS IN SEG FOR ONE (1) YEAR, DANNY FOSTER WENT BACK TO THE SEG BOARD AND ASKED WARDEN MIREE WHAT WAS SHE PLANNIN PLANNING ON DOING WITH THESE OFFICERS WHOJUMPED ON ME, ORHAS SHE EVEN INVESTIGATED THE MATTER, WARDEN MIREE SAID NO, SHE HAD NOT INVESTIGATED THE MATTER AND THAT SHE WASN'T PLANNING ON INVESTIGATING THE MATTER  DANNYFOSTER ASKED WARDEN MIREE WAS SHE PLANNING ON TRANSFERING HIM TOANOTHEWR PRISON,MRS BONNER INTERRUPTED THE CONVERSATION AND SAID NO, THEY WERE NOT GOING TO TRANSFER DANNY FOSTER, DANNYFOSTER SAID, THAT'S NOT RIGHT, IT'S NO DIFFERENCE THAN ME JUMPING ON A OFFICER,YOU WOULD C-51 ME THEN, SOSINCE THEY JUMPED ON ME,AND I TOLD YOU ALL, THAT I FEAR FORMY LIF AND ON TOP OF THAT, I UNDERSTAND I'M A INMATE AND YOU ALL ARE GOING TO COVER THINGS UP, NOW MAY I GO, WARDEN MIREE SAID YES YOU MAY GONOW, DANNY FOSTER WENT BACK TO HIS CELL V-9 DANNY FOSTER DID NOT GOBACK TOTHE SEG BOARD ANYMORE. DANNY FOSTER CALLED HIS WIFE AND TOLD HER TO CALL LT  SHEPARD AND SEE IF SHE CAN TALK TO HER, DANNY FOSTER'S WIFE SAID OK.DANNY FOSTER TOLD HIS WIFE THAT HE WOULD CALL HER BACK INA FEW MINUTES DANNY FOSTER WAITED A FEW MINUTES THEN CALLED HIS WIFE BACK DANNY FOSTER"S WIFE TOLDDANNY FOSTER THAT, LTSHEPARD'S OFFICE TOLD HER THAT LT SHEPARD WAS NOT IN DANNY FOSTER TOLD HIS WIFE OK. DANNY FOSTER TOLD HISWIFE THAT HE WAS GOING TO WRITE THE DIRECTER OF CLASSI-FICATION IN MONTGOMERY AND TELL HER WHAT HAD HAPPENED AND TO SEE WHAT SHE COULD DO ABOUT THEM JUMPING ON HIM, DANNY F.OSTER'S WIFE SAID OK, DANNY FOSTER TOLDHIS WIFE THAT HE WOULD CALL HER BACK

TOMMORROW, DANNY FOSTER HUNG UP THE PHONE AND WENT BACK TO HIS
CELL V-9, DANNY FOSTER WROTE THE LETTER TO THE DIRECTOR OF
CLASSIFICATION IN MONTGOMERY AND MAILED IT OUT.  DANNY FOSTER
CALLED HIS WIFE, AND TOLD HER THAT HE HAD WROTE THE DIRECTOR OF
CLASSIFICATION IN MONTGOMERY, DANNY FOSTER TOLD HIS WIFE TO GIVE
IT A FEW DAYS,AND CALL DOWN THERE TOTHE DIRECTOR OF CLASSIFICATIO
OFFICE IN MONTGOMERY AND SEE IF THE DIRECTOR OF CLASSIFICATION
HAD RECEIVED HIS LETTER, DANNY FOSTER"S WIFE SAID OK, DANNY
FOSTER HUNG UP THE PHONE AND WENT TO HIS CELL V-9 AFTER A FEW
DAYS DANNY FOSTER CALLED HIS WIFE BACK, DURING THAT TIME DANNY
FOSTER WAS MOVED ACROSS THE HALL TO SEG W-24 WITH ANOTHER INMATE
DANNY FOSTER RGEFUESED TO MOVE IN THE CELL WITH ANOTHER INMATE
CELL W-24 BECAUSE DANNY FOSTER WAS SUPPOSE TO BE IN A CELL BY
HIMSELF WHILE IN SEGREGATION.

SERGEANT AaRON THREATNED TO JUMP ON DANNY FOSTER IF DANNY
FOSTER DIDN'T GO IN CELL W-24 WITH T    OTHER INMATE DFANNY
FOSTER TOLD SERGEANT a AaRON, YOU ALL JUST WANT TO JUMP ON ME
AND MAKE ME YOU'LL HAVE DONE IT ONE (1) TIME, BY THAT TIME
OFFICER C'agf           , TOLD DANNY FOSTER TO GO AHEAD IN CELL
W-24 DON"T MAKE THEM JUMP ON YOU, YOUR A GOOD GUY. DANNY FOSTER
WENT ON INTO SEG W-'24, AFTER DANNY FOSTER TOLDHIS WIFE ALL OF
THIS DANNY FOSTER ASKED HIS WIFE DID SHE CALL THE DIRECTOR OF
CLASSIFICATION IN MONTGOMERY TOSEE IF SHE HAD RECEIVED MY LETTER
DANNY FOSTER'S WIFE SAID YES,    THE DIRECTOR OF CLASSIFICATION
SECRETARY GOT THE LETTER, DANNY FOSTER SAID OK,DANNY FOSTER
HUNG UP THE PHONE AND WENT TO HIS CELL SEG W-24 DANNY FOSTER
WAITED FOR A FEW DAYS AND DANNY FOSTER CALLED HIS WIFE BACK, AND
TOLD HER TO CALL THE DIRECTOR OF CLASSIFICATION IN MONTGOMERY
TO FOLLOW UP ON A LETTER HE WROTE TO THE DIRECTOR OF
CLASSIFICATION IN MONTGOMERY, THE SECRETARY TOLD DANNY FOSTER'S
WIFE THAT SHE HAD NOT OPENED UP THE LETTER YET, DANNY FOSTER

SAID OK, AND TOLD HIS WIFE TOKEEP CHECKING AND HUNG UP THE PHONE
AFTER BEING IN SEGREGATION FORALMOST TWO (2) YEARS DANNY FOSTER
WENT BACK TO THE SEG BOARD TOSEE WARDEN MIREE AND MRS BONNER
TOLDDANNY FOSTER THAT SHE HAD TOGIVE HIM HIS ANUAL REVIEW DANNY
FOSTER TOLD MRS BONNER THAT HE WASDN'T THERE TO TALK ABOUT ANY
ANUAL REVIEW, DANNY FOSTER TOLD   MRS. BONNER THAT SHE COULD
HAVE CALLED HIM TO THE WEST CLASSIFICATION UNIT FOR THAT,WARDEN
MIREE SAID THAT THIS WAS DANNY FOSTER'S ANUAL REVIEW BEING
CONDUCTED AT THE SEG BOARD, MRS.BONNER THEN READ OFF TO DANNY
FOSTER THE RESULTS OF THE ANUAL REVIEW,AND ASKED DANNY FOSTER
WAS HE GOING TO SIGN HIS RESULTS OF THE ANUAL REVIEW, DANNY
FOSTER SAID YES HE WOULD SIGN IT,     DANNYFOSTER ASKED WARDEN
MIREE WHEN HE WOULD B E RELEASED FROM SEGREGATION HE DIDN'T HAVE
A DISCIPLINARY  OR CITATION, AND THAT HE HAD BEEN BACK THERE
IN SEGRGATION ALMOST TWO(2) YEARS.

WARDEN MIREE TOLD DANNY FOSTER THAT SHE WOULD LOOK INTO IT,
DANNY FOSTER SIAD OK, CAN HE LEAVE NOW, WARDEN     MIREE SAID
YES YOUMAY GO.  DANNY FOSTER WENT BACK TOHIS CELL IN SEG W-24
AFTER ABOUT ONE (1)WEEK TO ONE (1)MONTH A OFFICER CAME AND ASKED
DANNY FOSTER TO SIGN A LIVING AGREEMENT, DANNY FOSTER TOLD THE
OFFICER THAT NO HE WASN'T GOING TO SIGN ANY LIVINMG AGREEMENT
THE OFFICER SAID,YOUR NOT,     DANNY FOSTER SAID NO, THE OFFICER
LOOKED AT DANNYFOSTER, AND WALKED OFF, ABOUT THIRTY (3O) MINUTES
OR SO LT JENKINS CAME BACK TO DANNY FOSTERS CELL, W-6 AND SAID
THESE EXACT WORDS  (' IS THERE A MOTHERFUCKER DANNY F.OSTER BACK

HERE', DANNY FOSTER CAME TO HIS CELL TRAY HOLE AT W-6 AND SAID
YES SIR, LT JENKINS PASSED DANNY FOSTER SOME PAPER AND DANNY
FOSTER ASKED LT JENKINS WHAT IS THIS, LT JENKINS POINTED AT
THE PAPER AND SAID SIGN RIGHT FUCKING HERE, DANNY FOSTER ASKED
LT JENKINS COULD HE READ THIS FIRST, LT JENKINS SAID SIGN RIGHT
FUCKING HERE DANNY FOSTER SAID OK, BECAUSE I DON'T WANT YOU TO

JUMP ON ME ANYMORE DANNY FOSTER ASKED LT JENKINS DID HE HAVE A
PEN, LT JENKINS PASSED DANNY FOSTER A PEN, DANNY FOSTER SIGNED
THE PAPER AND PASSED THE PEN BACKTO LT JENKINS THEN LT JENKINS
LEFT ABOUT A WEEK OR TWO LATER DANNY FOSTER WAS RELEASED FROM
SEGREGATION AFTER DANHNY FOSTER WAS RELEASED FROM SEGRGATION
A OFFICER TOOK DANNYF.OSTER TO I.C.S THE I.C.S OFFICER OFFICER
SNELSON TOLDDANNY FOSTER THAT HE WAS GOING TO MOVE DANNY FOSTER
BACK TO A & B BLOCK          DANNY F.OSTER TOLD OFFICER SNELSON
THAT HE DIDN'T WANT TO GO BACK TO A & B BLOCK BECAUSE OFFICER
YOUNG HAD JUMPED DANNY FOSTER AND WAS ASSIGNED TO A & B BLOCK AND
DANNY FOSDTER IS AFRAID THAT OFFICER YOUNG WAS GOING TO JUMP ON
HIM AGAIN DANNYFOSTER HAD TOLD THE SEG BOARD ABOUT THIS THE
I.C.S. OFFICER, OFFICER SNELSON SAID THAT HE DIDN'T THINK THAT
OFFICER YOUNG WAS LIKE THAT, DANNY FOSTER TOLD THE I.C.S OFFICER
OFFICER SNELSON THAT HE WANTED TO MOVE TO THE SOUTH SIDE TO
O DORM, PLEASE DON'T PUT ME AROUND OFFICER YOUNG, WHAN HE HAD
JUMPED ON ME, THE I.C.S OFFICER OFFICER SNELSON TOLD DANNY
FOSTER THAT HE, SEE THAT DANNY FOSTER IS REALLY AFRAID, SO
THE I.C.S. OFFICER, OFFICER SNELSON TOLD DANNY FOSTER THAT HE
WAS GOING TO GO ON AHEAD AND MOVE DANNY FOSTER TO THE SOUTH-
SIDE IN O DORM.

2.  RELIEF SOUGHT

THE PLAINTIFF DANNY FOSTER  REQUESTS THE FOLLOWING RELIEF
IN THIS CAUSE FROM EACH OF THE DEFENDANTS NAMED IN THIS CIVIL
COMPLAINT IN THEIR PERSONAL CAPACITY

1.  DEFENDANT LT JENKINS  PUNATIVE DAMAGES  IN THE AMOUNT OF
$ 50.OOO  FOR THE DEFENDANT LT JENKINS ASSAULT UPON THE PLAINTIFF

2.  DEFENDANT OFFICER YOUNG  PUNATIVE DAMAGES  IN THE AMOUNT OF
$50.OOO __ FOR THE DEFENDANT OFFICER YOUNG __ ASSAULT UPON THE
PLAINTIFF

3.  DEFENDANT OFFICER EDDIE WATTS __ PUNATIVE DAMAGES  IN THE
AMOUNT OF $50.OOO __ FOR DEFENDANT EDDIE WATTS  FAILURE TO
PROTECT THE PLAINTIFF AGAINST THE ASSAULT UPON THE PLAINTIFF BY
DEFENDANT LT JENKINS, DEFENDANT OFFICER YOUNG AND DEFENDANT ____
OFFICER GASTON __

4.  DEFENDANT OFFICER GASTON PUNATIVE DAMAGES __ IN THE AMOUNT OF
$50.OOO __ FOR DEFENDANTS OFFICER GASTON ASSAULT UPON THE PLAINTIF

5.  DEFENDANT OFFICER HAYWOOD  PUNATIVE DAMAGES  IN THE AMOUNT OF
$50.OOO __ FOR DEFENDANT OFFICER HAYWOOD  FAILURE TO PROTECT THE
PLAINTIFF AGAINST THE ASSAULT OF DEFENDANT LT JENKINS DEFENDANT __
OFFICER YOUNG AND DEFENDANT OFFICER GASTON

5.  DEFENDANT OFFICER PARKS  PUNATIVE DAMAGES IN THE AMOUNT OF
$50.OOO __ FOR DEFENDANT OFFICER PARKS  FAILURE TO REPORT,
DOCUEMENT, AND ADVISE HIS SUPERVISORS OF THE ASSAULT UPON THE
PLAINTIFF BY DEFENDANTS LT.JENKINS, OFFICER YOUNG AND OFFICER ____
GASTON ___

7.   DEFENDANT LT SHEPARD   PUNATIVE DAMAGES   IN THE AMOUNT OF

$50.OOO    FOR DEFENDANT LT SHEPARD FAILURE TO INVESTIGATE,

DOCUMENT, THE ASSAULT UPON THE PLAINTIFF, AND FOR DEFENDANTS

LT SHEPARD FAILURE TO REMOVE THE PLAINTIFF FROM THE WILLIAM

E. DONALDSON CORRECTIONAL FACILITY TO A SAFE PLACE AWAY FROM

THE DEFENDANTS LT JENKINS, .OFFICER YOUNG, OFFICER GASTON

8.   DEFENDANT ANGELA MIREE   WARDEN 2   PUNATIVE DAMAGES IN THE

AMOUNT OF $ 50.OOO   FOR THE DEFENDANT ANGELA MIREE WARDEN 2

FAILURE TO INVESTIGATE, DOCUMENT   THE ASSAULT UPON THE PLAINTIFF

AND THE DEFENDANT ANGELA MIREE WARDEN 2   FAILURE TO REMOVE THE

PLAINTIFF FROM THE WILLIAM E. DONALDSON CORRECTIONAL FACILITY TO

A SAFE PLACE

9.   DEFENDANT MRS BONNER CLASSIFICATION SUPERVISOR   PUNATIVE

DAMAGES   IN THE AMOUNT OF $50.OOO    FOR DEFENDANT MRS. BONNER

CLASSIFICATION SUPERVISOR   FAILURE TO INVESTIGATE, DOCUMENT   THE
ASSAULT UPON THE PLAINTIFF AND DEFENDANT MRS BONNER CLASSIFICATIO

SUPERVISOR   FAILURE TO REMOVE THE PLAINTIFF FROM THE WILLIAM

E.DONALDSON CORRECTIONAL, FACILITY TO A SAFE PLACE AND THE FAILUR

OF THE DEFENDANT MRS BONNER CLASSIFICATION SUPERVISOR   TO INFORM

CENTRALCLASSIFICATION OF THE ASSAULT UPON THE PLAINTIFF, AND THE

NEED FOR TRANSFER PROCEDURES TO BE IMPLIMENTED. UPON THE PLAINTIF

10.   DEFENDANT SERGEANT AaRON PUNATIVE DAMAGES   IN THE AMOUNT OF

$50.OOO    FOR THE DEFENDANT SERGEANT AaRON   FAILURE TO NOTIFY

HIS SUPERVISORS P OF THE ASSAULT UPON THE PLAINTIFF AND IMMEDIATE

DANGERS BYNOT REMOVING THE PLAINTIFF FROM THE WILLIAM E. DONALDSO

CORRECTIONAL FACILITY DUE TO THE ASSAULT UPON THE PLAINTIFF

BY THE DEFENDANTS LT JENKINS, OFFICER YOUNG AND OFFICER GASTON

11. DEFENDANT OFFICER SNELSON PUNATIVE DAMAGES IN THE AMOUNT OF

$50.000 FOR THE DEFENDANT OFFICER SNELSON FAILURE TO INFORM

HIS SUPERVISORS TO THER DANGERS OF NOT REMOVING THE PLAINTIFF

FROM THE WILLIAM E.DONALDSON CORRECTIONAL FACILITY DUE TO THE

ASSAULT UPON THE PLAINTIFF BY DEFENDANTS LT.JENKINS, OFFICER

YOUNG, AND OFFICER GASTON

3. WHEREFORE PREMISES CONSIDERED PLAINTIFF MOVES THIS HONORABLE

COURT TO GRANT THE RELIEF REQUESTED WITHIN THIS 42 USC | 1983

COMPLAINT AND AFFORD THE PLAINTIFF A CIVIL JURY TRIAL.

DONE THIS THE 29 DAY OF NOVEMBER 2017

RESPECTFULLY SUBMITTED

DANNY FOSTER
AIS# 167673
WILLIAM E.DONALDSON CORRECTIONA:L FACILITY
1OO WARRIORLANE
BESSEMER, ALABAMA    35023

15