IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY FOSTER,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Case No.: 2:17-cv-02001-CLS-JHE<br>) |
| CORRECTIONAL LIEUTENANT<br>JENKINS, et al., | )<br>)<br>) |
|     Defendants | )<br>) |

### CORRECTIONAL OFFICER RODERICK GADSON'S AFFIDAVIT

Before me, the undersigned authority, notary public in and for said County and the State of Alabama at large, personally appeared Roderick Gadson, who being known to me and being by me first duly sworn, deposes and says under oath the following:

My name is Roderick Gadson, I am presently employed as Correctional Officer with William E. Donaldson Correctional Facility. I am over 21 years of age.

On December 6, 2015, I Correctional Officer Roderick Gadson was instructed by Correctional Sergeant Mohammad Jenkins to come to West Classification. At approximately 11:05 a.m., I arrived into West Classification. Sergeant Jenkins was interacting with inmate Danny Foster B/167673 and inmate Benjamin Rogers B286497 about an incident that happened in A&B population unit. Inmate Foster was not cooperative and Sergeant Jenkins instructed Correctional Officer Watts to escort inmate Foster to I&J unit. Inmate Foster got up from the table, reached into his pants, pulled an inmate made knife from his pants and ran towards inmate Rogers. I officer Gadson assisted with taking inmate Foster to the ground.

_Roderick Gadson CO_
Roderick Gadson, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 14th day of November, 2018.

NOTARY PUBLIC _Johnnie Luster_
My Commission Expires: _____

MY COMMISSION EXPIRES OCTOBER 18, 2020