# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANNY FOSTER, #167673,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:17-cv-2001-RDP-JHE** |
| **CORRECTIONAL LIEUTENANT** ) | |
| **JENKINS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO FILE RESPONSE TO SETTLEMENT CONFERENCE DIRECTIVE UNDER SEAL

COME NOW the Defendants and hereby move this Court to file its response to the settlement conference under seal and, for grounds, state as follows:

1. Documents on Pacer.gov are public records.

2. To respond to Foster's counter-offer to settle, settlement numbers will be included in the response.

3. Settlement offers are not admissible during the trial of the matter.

4. Publication of said settlement negotiations can adversely affect the Alabama Department of Corrections and defendants in the resolution of future civil cases.

## RELIEF REQUESTED

WHEREFORE PREMISES CONSIDERED, the undersigned counsel moves this Court to enter an order authorizing the parties to file UNDER SEAL any documents filed in response to Doc. [unnumbered] (Settlement Conference).

    Respectfully submitted,

    STEVE MARSHALL
    ATTORNEY GENERAL

    By:

    /s/*Bettie J. Carmack*
    Bettie J. Carmack (asb-4702-m76b)
    *Assistant Attorney General*
    *Civil Litigation Division*
    501 Washington Avenue
    Montgomery, AL 36130
    Telephone: (334) 353-5305
    Facsimile: (334) 353-8400
    Bettie.Carmack@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I certify that I have on January 22, 2021, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and the Clerk of Court using the CM/ECF and I further certify that I have served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

**Danny Foster, AIS #167673**
**Ventress Correctional Facility**
**379 Alabama Hwy 239 North**
**Clayton, AL 36016-0767**

/s/*Bettie J. Carmack*
Bettie J. Carmack
*Assistant Attorney General*