IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANNY FOSTER, #167673  *
    Plaintiff,          *
                        *
V.                      *    CIVIL ACTION NO.
                        *    2:17-CV-2001-RDP-JHE
CORRECTIONAL LIEUTENANT *
JENKINS, et al.,        *
    Defendants,         *

FILED
2021 JAN 29 A 11:17
[stamp] N.D. OF ALABAMA

## MOTION FOR CLARIFICATION

Come Now the plaintiff Danny Foster and hereby moves this Court to give more Clarification on the defendants motion (Doc #95) for grounds, State as follows:

1. Defendants filed Doc #95 on 01-22-21 which is confusing to the plaintiff and he asks that the Court will give more Clarity.

WHEREFORE premises considered the undersigned moves this Court to give more Clarity.

## CERTIFICATE OF SERVICE

I certify that I have on the 26th day of January, 2021 filed the foregoing pleading with the Clerk of Court and I further certify that I have served a copy of the same on the defendant counsel by placing the same in the united States mail, postage prepaid, and properly addressed as follows:

Betty J. Carmack
Assistant Attorney General
501 Washington Avenue
Montgomery, Alabama
36130

Danny Foster #167673
Ventress Correctional Facility
379 Hwy 239 North
Clayton, Alabama
36016

Danny Foster, AIS #167673
Ventress Correctional Facility
379 Alabama Hwy 239 North
Clayton, AL 36016-0767

MONTGOMERY AL 360
27 JAN 2021   PM 3   L

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

SECURITY
JAN 29 2021
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALAB

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 - 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2040

OFFICIAL BUSINESS

35203-203799